### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| VENESSA HURLEY, : | |
| : | Case No. 3:20-cv-00448 |
| Plaintiff, : | |
| : | District Judge Thomas M. Rose |
| vs. : | Magistrate Judge Sharon L. Ovington |
| : | |
| COURT OF CLAIMS OF OHIO, et al., : | **DECISION AND ENTRY** |
| : | |
| Defendants. : | |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (ECF No. 3), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on November 5, 2020 (ECF No. 3) is ADOPTED in full;

2. Plaintiff's Complaint (ECF No. 2) is dismissed; and

3. The case remains terminated on the Court's docket.

December 4, 2020  \*s/Thomas M. Rose

Thomas M. Rose
United States District Judge
